No. 696. CONGRESSIONAL COUNTRY CLUB v. UNITED STATES. April 20, 1931. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Edward F. Colladay, Benjamin B. Pettus,* and *H. B. McCawley* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Claude R. Branch, Ralph C. Williamson,* and *William H. Riley, Jr.,* for the United States.

No. 699. LLOYD-SMITH, RECEIVER, v. UNITED STATES. April 20, 1931. Petition for writ of certiorari to the Court of Claims denied. *Mr. George R. Shields* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Claude R. Branch, Charles R. Pollard, H. Brian Holland,* and *William H. Riley, Jr.,* for the United States.

No. 738. BANKERS RESERVE LIFE Co. v. UNITED STATES. April 20, 1931. Petition for writ of certiorari to the Court of Claims denied. *Messrs. A. K. Shipe* and *Charles Kerr* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Claude R. Branch* and *William H. Riley, Jr.,* for the United States.

No. 750. WEST DISINFECTING Co. v. UNITED STATES PAPER MILLS, INC., ET AL. April 20, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. E. Clarkson Seward* for petitioner. *Messrs. Clarence B. Des Jardins, Herbert J. Jacobi,* and *William J. Jacobi* for respondent.